UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 AUG -1 PM 3:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          vs.<br><br>PEDRO HERNANDEZ-HERNANDEZ,<br>AKA: PEDRO HERNANDEZ<br>                  Defendant. | CASE NO. 12-cr-02658-BEN<br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

         21:952 and 960 - Importation of Heroin (1)

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/1/12

Nita L. Stormes
U.S. Magistrate Judge